IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ANDREAS ALBERTI, <br><br> Plaintiff, <br><br> v. <br><br> THE RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA, <br><br> Defendant. | Case No. 3:21-cv-14 |

### DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant, The Rector and Visitors of the University of Virginia ("UVA"), through undersigned counsel, respectfully moves this Court to dismiss the Plaintiff's Complaint with prejudice.  In support, UVA relies on the Memorandum in Support filed herewith.

**Respectfully submitted,**

*/s/ Amy E. Hensley*
Assistant Attorney General
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 371-2267
Facsimile: (804) 371-2087
ahensley@oag.state.va.us
*Counsel of Record for*
*The Rector and Visitors of the*
*University of Virginia*

Mark R. Herring
Attorney General of Virginia

Samuel T. Towell
Deputy Attorney General

Marshall H. Ross
Trial Section Chief/Senior Assistant Attorney General

Amy E. Hensley* (VSB #80470)
Assistant Attorney General

Sandra S. Gregor* (VSB #47421)
Assistant Attorney General
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:
Facsimile: (804) 371-2087
sgregor@oag.state.va.us

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 16th of June, 2021, I filed a copy of the foregoing document using the Court's ECM/ECF filing system, which will send an electronic notification of the same (NEF) to counsel of record for the plaintiff.

      */s/ Amy E. Hensley*
      Amy E. Hensley (VSB #80470)
      Assistant Attorney General