# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ANDREAS ALBERTI,<br>     *Plaintiff*,<br><br>v.<br><br>THE RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA,<br>     *Defendant*. | CASE NO. 3:21-cv-14<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

Defendant's motion to dismiss Plaintiff's complaint, Dkt. 7, is before the Court.

For the reasons set forth in the accompanying Memorandum Opinion, the Court hereby **GRANTS** Defendant's motion to dismiss, Dkt. 7.

It is so **ORDERED**.

The Clerk of Court is directed to send this order to all counsel of record.

ENTERED this __9th__ day of December, 2021.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE